# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1533
_____

DESTIN POINTE OWNERS'
ASSOCIATION, INC., a Florida
not-for-profit corporation,

Petitioner,

v.

DESTIN PARCEL 160, LLC,
DESTIN GUARDIAN
CORPORATION, DESTIN POINTE
HOLDINGS, INC., and DESTIN
PARCEL B, LLC,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

March 12, 2019

PER CURIAM.

DENIED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

David A. Theriaque and S. Brent Spain of Theriaque & Spain, Tallahassee, for Petitioner.

Dana C. Matthews and Daniel C. O'Rourke of Matthews & Jones, LLP, Destin, for Respondents.